JOSEPH DIXON, Respondent, *v.* NEW YORK REAL ESTATE ASSOCIATION, Appellant.

*Dixon* v. *N. Y. Real Estate Association,* 155 App. Div. 915, affirmed.
(Argued March 11, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 15, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages for personal injuries sustained by the plaintiff while employed as an operator of a freight elevator in defendant's building through the alleged negligence of said defendant.

*Edwin A. Jones* for appellant.

*Charles C. Suffren* and *John M. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDEBACK, HOGAN and MILLER, JJ. Dissenting: HISCOCK and SEABURY, JJ.